

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| M.L., | § | No. 08-16-00139-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 231st District Court |
| J.L. | § | of Tarrant County, Texas |
| Appellee. | § | (TC#231-576495-15) |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, M.L., has failed to pay the case filing fee, and further finding that Appellant has failed to file an amended notice of appeal as directed, we dismiss the appeal for want of prosecution.

Appellant did not pay the case filing fee of $205 when she filed her notice of appeal or establish that she is indigent in accordance with Tex.R.App.P. 20.1. On July 7, 2016, the Clerk of the Court sent Appellant a second request for payment of the case filing fee. The letter also notified Appellant that failure to pay the case filing fee within twenty days could result in dismissal of the appeal for want of prosecution pursuant to Tex.R.App.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to our notice.

On June 17, 2016, the Second Court of Appeals directed Appellant to file an amended notice of appeal to correct multiple defects in the notice of appeal. Following transfer of this appeal from the Second Court of Appeals, the Clerk of this Court sent Appellant a second request for the amended notice of appeal. On our own motion, the Court extended the time for Appellant to file the amended notice of appeal to August 1, 2016. Appellant has not responded to our letter nor has she filed the amended notice of appeal. The appeal is dismissed for want of prosecution. *See* TEX.R.APP.P. 42.3(b), (c).

STEVEN L. HUGHES, Justice

August 10, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.